UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANHEIM AUTOMOTIVE FINANCIAL
SERVICES, INC., a Delaware corporation

    Plaintiff,

v.                                                                                          Case No:  2:12-cv-360-FtM-29SPC

INFORMATION MATRIX
TECHNOLOGIES, INC., ROGER
HAGOOD and BUFFY R. HAGOOD,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Manheim Automotive Financial Services, Inc.'s Motion for Entry of a Clerk's Default Against Roger Hagood (Doc. #18) filed on November 27, 2012.  Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

In this instance, the Defendant Roger Hagood was personally served with the Summons and Complaint on November 5, 2012. (Doc. # 16).  Hagood had up to and including November 26, 2012, to file a response to the Complaint, but has failed to do so and the time for him to respond or otherwise plead has expired.  Therefore, good cause exists to grant the Motion for a Clerk's Default.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Manheim Automotive Financial Services, Inc.'s Motion for Entry of a Clerk's Default Against Roger Hagood (Doc. #18) is **GRANTED**.  The Clerk of the Court is hereby directed to enter a Clerk's Default against the Defendant Roger Hagood.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record